NUMBER 13-07-166-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


_____________________________________________________________


HUEY T. LITTLETON CLAIMS SERVICE OF TEXAS,

INC. AND TEXAS WINDSTORM INSURANCE

ASSOCIATION, Appellants,


v.



JOSE G. RODRIGUEZ AND DELIA RODRIGUEZ, 

INDIVIDUALLY AND D/B/A CHRISTINA'S 

RESTAURANT, Appellees.

____________________________________________________________


On appeal from County Court at Law No. 1


of Nueces County, Texas.


_____________________________________________________________


MEMORANDUM OPINION


 

Before Justices Rodriguez, Benavides, and Vela


Memorandum Opinion Per Curiam


 

 Appellants, HUEY T. LITTLETON CLAIMS SERVICE OF TEXAS, INC. AND TEXAS
WINDSTORM INSURANCE ASSOCIATION, perfected an appeal from a judgment entered
by County Court at Law No. 1 of Nueces County, Texas, in cause number 04-62149-1. 
After the record was filed, appellants filed a motion to dismiss the appeal pursuant to
settlement. In the motion, appellants state that the parties participated in voluntary
mediation, resulting in the successful compromise and settlement of all claims by and
against all parties in the case. Pursuant to the settlement agreement, appellants request
that the Court dismiss this appeal. In addition, appellants request that this Court release
Liberty Mutual Insurance Company and all sureties on the supersedeas bond obtained by
appellants in this cause, and that all costs of court be taxed against the party incurring
same. 

 The Court, having considered the documents on file and appellants' motion to
dismiss the appeal, is of the opinion that the motion should be granted. Appellants' motion
to dismiss is granted, and the appeal is hereby DISMISSED.


 PER CURIAM

Memorandum Opinion delivered and filed this

the 12th day of July, 2007.